**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Chapter 7 Case No. 13-02836 |
| | ) |
| DAVID G. BODE, | ) Hon. Donald R. Cassling |
| | ) |
| Debtor. | ) DuPage |
| | ) |
| RICHARD M. SUTICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary No. 13 AP 602 |
| | ) |
| DAVID G BODE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

To: See Attached Service List

    **PLEASE TAKE NOTICE** that on **Friday, July 12, 2013** at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Cassling in Courtroom 4016 of the DuPage County Courthouse, 505 North County Farm Road, Wheaton, Illinois, or before any other judge sitting in such judge's place and stead, and shall then and there present the attached **Motion to Abstain**, a copy of which is attached hereto and is hereby served upon you. You may appear and be heard if you choose.

By: /s/John P. Dickson

John P. Dickson (ARDC #6303179)
BRUNING & ASSOCIATES, P.C.
333 Commerce Drive, Suite 900
Crystal Lake, Illinois 60014
815-455-3000 tel
815-455-3049 fax
jdickson@bruninglaw.com

1

## SERVICE LIST

David G. Bode
2013 Red Oak Lane
Saint Charles, IL 60174

## CERTIFICATE OF SERVICE

    I, John P. Dickson, an attorney, certify that I caused a true and correct copy of this Notice and Motion to be served on the individuals or entities listed above by first class mail, postage fully prepaid, from my offices located at 333 Commerce Drive, Suite 900, Crystal Lake, Illinois 60014 by 5:00 p.m. on June 27, 2013.

                                            By: /s/John P. Dickson