UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>David G. Bode<br><br>Debtor(s)<br>Richard M. Sutich<br><br>Plaintiff(s)<br>David G. Bode<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-02836<br><br>Chapter: 7<br><br>Honorable Donald R. Cassling<br>DuPage<br><br>Adv. No.: 13-00602 |

**ORDER FINDING DEBTS NON-DISCHARGABLE AND GRANTING RELATED RELIEF**

THIS MATTER having come before the Court for the Motion for Judgment by Default of Plaintiff, Richard M. Sutich, due notice having been given to all parties in interest, and the Court being fully advised in the premises,

THE COURT HEREBY FINDS:

1. This Court has jurisdiction over the subject matter of and parties to the above-captioned proceeding;

2. Venue is proper as to all parties in this District;

3. That the Plaintiff, Richard M. Sutich, filed his Complaint to Determine Non-Dischargability of Debt and Motion for Relief from Stay (the "Adversary Complaint"), with the Clerk of this Court on April 19, 2013;

4. That the Clerk of this Court issued a summons relating to this proceeding, and that proof of service of that summons was filed with this Court on April 19, 2013;

5. That Defendant was to file a motion or answer in response to the Adversary Complaint on or before May 20, 2013;

6. That the Defendant has not filed a motion or answer in response to the Adversary Complaint with in the time period required of him by the rules governing this Court;

7. That Count I of the Adversary Complaint states claims upon which relief may be granted against the Defendant under Section 523(a)(6) of the Bankruptcy Code, 11 U.S.C. § 523(a)(6).

8. That Count II of the Adversary Complaint states claims upon which relief may be granted against the Defendant pursuant to the common law of this Court;

9. That the Adversary Complaint seeks to determine that the tortious allegations contained within a lawsuit filed Eighteenth Judicial Circuit of the State of Illinois, located in DuPage County, Illinois and assigned case number 2012L876 by the Clerk of that Court (the "State Court Lawsuit") are not dischargeable in the Chapter 7 bankruptcy proceeding underlying this Adversary Proceeding;

10. That the Plaintiff is entitled to the relief sought in his Adversary Complaint because the Defendant is in default by failing to file a motion or answer in response to the Adversary Complaint within the time set forth by the rules governing this Court;

IT IS THEREFORE ORDERED:

1. With respect to the allegations of Count I of the complaint, the Court finds that the debt is non-dischargeable under 11 U.S.C. 523(a)(6) because the Debtor's actions constitute willful and malicious injury to the Plaintiff;

2. With respect to the allegations of Count II of the Adversary Complaint, regarding Counts IV and V of the State Court Lawsuit, Plaintiff is granted leave to continue prosecuting the State Court Lawsuit with respect to those Counts for the purpose of fixing damages, provided that Plaintiff shall only attempt to collect amounts owing for that liability from the insurance coverage of Defendant, if any, and shall under no circumstances attempt to collect the amounts due for liability resulting from those Counts from the Defendant; and

Enter:

*Donald R. Cassling*

Dated: 1 6 AUG 2013

United States Bankruptcy Judge

**Prepared by:**

John P. Dickson (ARDC #6303179)
BRUNING & ASSOCIATES, P.C.
333 Commerce Drive, Suite 900
Crystal Lake, Illinois 60014
815-455-3000 tel
815-455-3049 fax
jdickson@bruninglaw.com